RECEIVED JUN 12 2020

2255 Motion

# Motion to Vacate, Set Aside, or Correct a Sentence
# By a Person in Federal Custody

## (Motion Under 28 U.S.C. § 2255)

### Instructions

1. To use this form, you must be a person who is serving a sentence under a judgment against you in a federal court. You are asking for relief from the conviction or the sentence. This form is your motion for relief.

2. You must file the form in the United States district court that entered the judgment that you are challenging. If you want to challenge a federal judgment that imposed a sentence to be served in the future, you should file the motion in the federal court that entered that judgment.

3. Make sure the form is typed or neatly written.

4. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

5. Answer all the questions. You do not need to cite law. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a brief or arguments, you must submit them in a separate memorandum.

6. If you cannot pay for the costs of this motion (such as costs for an attorney or transcripts), you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out the last page of this form. Also, you must submit a certificate signed by an officer at the institution where you are confined showing the amount of money that the institution is holding for you.

7. In this motion, you may challenge the judgment entered by only one court. If you want to challenge a judgment entered by a different judge or division (either in the same district or in a different district), you must file a separate motion.

8. When you have completed the form, send the original and ___1___ copies to the Clerk of the United States District Court at this address:

   **Clerk, United States District Court for the Northern District of Iowa**
   **111 7th Avenue SE, Box 12**
   **Cedar Rapids, IA 52401**

   If you want a file-stamped copy of the petition, you must enclose an additional copy of the petition and ask the court to file-stamp it and return it to you.

9. **CAUTION: You must include in this motion all the grounds for relief from the conviction or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this motion, you may be barred from presenting additional grounds at a later date.**

10. **CAPITAL CASES: If you are under a sentence of death, you are entitled to the assistance of counsel and should request the appointment of counsel.**

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY     20-cv-62-LRR-MAR

| United States District Court _Northern_ District _of IOWA_ | Docket or Case No.: CR- 16-81-LRR |
|---|---|

| Name (under which you were convicted): Michael Bordman | |

| Place of Confinement: United States Penitentiary Tucson, AZ | Prisoner No.: 16830-029 |

| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
|---|---|
| v. | Michael Bordman |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States District Court For the Northern District of IOWA Cedar Rapids

   (b) Criminal docket or case number (if you know): 1:16-cr-81-LRR

2. (a) Date of the judgment of conviction (if you know): December 22, 2016
   (b) Date of sentencing: June 12, 2017

3. Length of sentence: 600 Months

4. Nature of crime (all counts):
   18 U.S.C. § 2251(a)(e) - Sexual Exploitation
   18 USC § 2252A (a)(5)(B) + (b)(2) - Possession of Child Pornography

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐        (2) Guilty ☒        (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
   what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge only ☒

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?   Yes ☒   No ☐

8. Did you appeal from the judgment of conviction?   Yes ☒   No ☐

9. If you did appeal, answer the following:
   (a) Name of court: _United States Court of Appeals For the Eighth Circuit_
   (b) Docket or case number (if you know): _17-2395_
   (c) Result: _Affirmed_
   (d) Date of result (if you know): _July 17, 2017 Rehew August 23, 2018_
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _Procedural Error at Sentencing_
   _Substantively unreasonable Sentence_
   _Restitution Error_
   _Special conditions of Supervised Release on "pornography" and_
   _"Pornographic material" and "erotica" vague and overBroad_

   (g) Did you file a petition for certiorari in the United States Supreme Court?   Yes ☒   No ☐
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _18-6758_
   (2) Result: _Denied_

   (3) Date of result (if you know): _April 29, 2019_
   (4) Citation to the case (if you know): _____
   (5) Grounds raised:
   _Same on Appeal_

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐   No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _N/A_

    (4) Nature of the proceeding: _____
    (5) Grounds raised: _____

N|A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket of case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised:

N|A

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?

Yes ☐   No ☐

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:    Yes ☐   No ☐

(2) Second petition:   Yes ☐   No ☐

N|A

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

12.   For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Lawyer Failed to ensure Competent advice and information before telling me to plead to Unspecified Facts.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

MR. Bordman's lawyer allowed him to admitt to sexual exploitation that Occured "elsewhere" and Not inside the territorial Jurisdiction of the District of Iowa. This does not protect MR Bordman From and in Fact the Could expose him to extra-territorial Charges From "elsewhere". The Plea stated there were "sexually explicit depictions" with out defining which Pictures he was actually pleading to. Neither was the term sexually explicit defined as violating any specific law. MR. Bordman's Attorney allowed him to plead to information unrelated to the Counts of Conviction. Stipulating Facts to distributing and receiving pictures From "elsewhere" does Not protect MR Bordman From being prosecuted by "elsewhere"

Continued on Page 5(a)

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐    No ☒

(2) If you did not raise this issue in your direct appeal, explain why:

IAC Appeals Counsel

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

* Continued From Page 5 *

By allowing MR. Bordman to plead to possessing

additional, all unnamed/identified images From

"elsewhere" MR. Bordman's attorney has exposed

MR. Bordman to numerous other crimes that the U.S.

Attorney has no jurisdiction to indict. By allowing

a plea to charges not encompassed in Counts 1+4,

MR. Bordman is now exposed to numerous "elsewhere"

prosecutions For these crimes. By allowing MR.

Bordman to plead to "some" depictions and

not specifying any specific number or identity

of images does not protect MR. Bordman's Due

Process or Double Jeopardy Rights. MR. Bordman's

* Continued on page 5(b) -

✱ Continued From page 5(a) ✱

Attorney Failed to prepare enough information

in a preparation For a trial so that Mr. Bordman

Could make an informed decision of whether

there could be a trial strategy or if accepting

an open plea was the most informed option.

No independent verification of alleged Facts was

made, no investigation, no 'defensive' action was done

by counsel. Absent the minimum knowledge of

which images he was actually pleading to and

which were in the territorial jurisdiction of

the court. Based on the record as it lies,

there is not enough specific information

✱ Continued on Page 5(c) ✱

5(b)

\* Continual From page 5(b)

to have made a knowing and or voluntary plea. This is purely incompetent and unprofessional behavior by counsel. Had Mr. Bordman been properly informed, he would have chosen to not plead to "open-ended" facts exposing him to future prosecutions from "elsewhere". Because Mr. Bordman's Attorney did not work to protect his rights, the entire process is void in ab nito as the U.S. Attorney acted outside her territorial jurisdiction and left an incomplete and non-specific crime. Mr. Bordman would have chosen choosing a trial.

5(c)

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** The indictment was overly vague and did not protect against Double Jeopardy nor survive scrutiny.

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

The Superceding Indictment lacked specificity to provide notice to Mr. Bordman as to which alleged images he had to defend, where the alleged crime occured (Iowa or elsewhere), how many images he could be prosecuted for, any legal description of facts that criminalize the content of an image, No accused evidence of original images and not copies as the exploitation only occurs in the original as there is no "purpose to create copies of" provision in 18 USCS 2251.   # Continued on page 6(a) #

(b)   **Direct Appeal of Ground Two:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐       No ☒

(2)   If you did not raise this issue in your direct appeal, explain why:

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐       No ☒

☆ Continued From page 6 ☆

The only visual depiction that any minor can engage in sexual activity For is the original image created oF that activity. Any duplicate image is not the actual image any minor was used to create. The Govornment never even alleged which device was used to create the alleged original images. There is no accounting oF the number of images or of which images (original or otherwise) violated the statute. This Count was lacking all Necessary information to be a valid indictment. Counsel was ineffective For Failing to challenge this invalid indictment and instead recomended

☆ Continued on Page 6(b) ☆

- 6(a) -

* Continued From page 6(a) *

his client plead guilty to incomplete information which offered no protections From Double Jeopardy nor offered enough information to mount any defense. Although reciting the statute can be sufficient, to survive Due Process, there must be specific information. Here Bordman either used or attempted to use or both, a minor to engage in sexually explicit conduct, whatever that conduct is alleged to be is not specified, For the purpose of producing visual depictions, how many is unknown, are they the unaltered originals, were they produced or was this just his purpose, ..

* Continued on page 6 (c) *

✱ Continued From page 6(b) ✱

which depictions did he have the purpose of
producing, NO specificity, is the conduct of
the minor in these unknown, unnamed, depictions,
if produced, is the conduct sexually explict or
is it attemped to be sexually explicit, there is
nothing in the indictment to answer this. Did
Boardman actually cause or attempto cause or actually
produce any depictions, were they produced or only
attempted to be produced using materials that
had been shipped and transported, what is the
material, did the Government have this Original
material where did this material originate

✱ Continued on Page 6(d) ✱

6(c)

⭐ Continued From page 6 (C) ⭐

did Bordman ship or cause to be shipped this

Unnamed material, is he prosecuted For both

shipping or causing to be shipped, what part

of the crime did he get indicted For

and what part did he plead to? this

is a defective indictment. A First year

law student would recognize this. Counsel

was blatantly ineffective and did not

protect his client From double Jeopardy.

Just on its Face, Mr. Bordman could be indicted

"elsewhere" of the District and be Found guilty

of producing images Unnamed as the

★ Continued on 6(e) ★

※ Continued From page 6(d) ※

plea stipulates, The U.S Attorney nor this Court can prevent any "elsewhere" jurisdiction From choices to indict, prosecute and punish Mr. Bordman. Under the terminology of the indicted Counts, this could not be a legally Knowing and Voluntary plea as any attorney would have advised against an infinite plea. Mr. Bordman would not plead guilty with the knowledge of probable Future prosecutions.

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(3)   Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☐

(4)   Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐    No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND THREE:** Although Challenged on Appeal, The Ineffectiveness OF Counsel at Sentencing and appeal was not appealed

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Sentencing and Appeals Counsel were Categorically ineffective in their Failure to do minimal research to the CIX and discover the published Scientific Facts of the effects OF Childhood abuse, especially the extreme nature

nature of abuse of the Defendant. The court opined as it could that there is no evidence of cause and effect However, if either counsel had obtained the publically available CDC or APA studies, the result would be...
*Continued on page 8(a)*

**(b) Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?

Yes ☒    No ☐        IAC in Presentation

(2) If you did not raise this issue in your direct appeal, explain why:

**(c) Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐    No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

☆ Continued From Page 8 ☆

different as the court would have tangible evidence to verify counsels belief. Absent this empirical information, the court was forced to rely upon its own judgment, as is jurisprudence. An evidentiary hearing is necessary as the CIX and American Psychology Psychiatric Association has a plethora of data which is empirical, showing a direct relation to abused becoming abusers without adequate counseling after abuse. Being an Honorable Court, the judge would have clearly factored in the high success of counseling on the

☆ Continued on page 8(b) ☆

8(a)

✱ Continued From page 8(a) ✱

recovery and recidivism rates of offenders, as proven, and with such empirical data, this court being equitable, would honestly have factored in to the 3553(a) criterion. There can be no doubt that if this court possesed the irrefutable data From the CDC and APPA as counsel(s) were required as advocates for the defens, to provide to the court, this court would alter its decision on sentence. This court was not required to locate this, the onus is on counsel. Counsel(s) were ineffective.

8(b)

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue:

N/A

**GROUND FOUR:** As written, this motion only empowers the sentencing Court to vacate, set aside or correct a sentence and not convictions.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Congress never expanded the meaning of the word sentence. Courts are limited to the statutory declared limitations decided by Congress. Section 2255 limits the Court's remedial powers to vacate, set aside, or correct the sentence. The Court has no statutory jurisdiction to reverse a conviction under 28 USCS 2255. Section 2255 does not offer an adequate or effective remedy by statute to challenge pleas, indictments, statutes or other non sentencing related issues. Mr. Bordman is prejudiced because he is "Forced" to utilize 2255 to litigate these issues which are in excess of the ...

✱ Continued on page 9(a) ✱

(b) **Direct Appeal of Ground Four:**

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐        No ☐

(2)   If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☐

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

☆ Continued From Page 9 ☆

Court's limited statutory subject-matter jurisdiction

to offer remedy. This Court must declare

that it lacks jurisdiction to answer any non-sentencing

issues and order that 2255 does not offer

adequate or effective Remedy to overturn a

plea, reverse a conviction, or challenge a statute

of Conviction.

## Ground Five

Claim : 18 U.S.C. § 2251, as written, is a State Crime
of sexual activity of minors in state and is not
a commerce crime.

argument : A comity of Courts agree that § 2251 does not
require an image of child pornography to be produced.
Section 2251 criminalizes the use etc... of any minor
engaging in sexual activity, if the purpose of
this sexual activity is for the purpose of producing
any visual depiction. Within the subject-matter
of 2251, no person must actually produce any
visual depiction by the language employed. Absent
the requirement of the actual producing of any
visual depiction, 2255 is an incomplete commerce
crime. For Congress to regulate Commerce ...

☆ Continued on page 10 (c) ☆

a) IAC

b) N/A

❋ Continued From Page 10 ❋

There must actually be a commerce item
to regulate. Using a minor engaged in sexual
activity in the state is not an item of commerce.
Unlike the proposed HR 1761 (May 2017) where Congress
was going to add "produces or causes to be produced"
to the statute, the current § 2251 does not ever
require such production to occur. Obviously
Congress is aware of this. Until such time as
Congress, as attempted in 2017, amends the
statute to actually require production to occur,
§ 2251 is currently outside the Constitutional
Powers of Commerce to regulate. Even the notes

❋ Continued On Page 10(b) ❋

* Continued From Page 10(a) *

of Congress surrounding HR1761 admitt
this Fact. One of the Congressmen declare that
2251 unconstitutionally infringes on the
State's jurisdiction. Even the publication
notes declare that the visual depictions, if
created, are only a byproduct of sexual abuse.
Absent a statutory element of actual production,
this is only a thought crime. Even if an
actual image is produced, such production is not
Found in the statutory language. The jurisdictional
hooks cannot save the lack of subject-matter. The
First "hook" is the same crime as attempted

* Continued on Page 10(c) *

10(b)

✱ Continued From page 10(b) ✱
trafficing of Child Pornography. The "hook" has
no relationship to whether any minor is
used For sexual activity as required by the
statute. The "hook" only deals with the image
that only exists as a ",purpose to produce"
and that images interstate affect. Nowhere
is using a minor engaged in sexual activity
itself an interstate crime, nor does this
activity of a minor affect commerce. The
second "hook" is defunct on its Face. By
attempting to regulate the use of a minor
engaging in sexual activity because a camera
For example, has been shipped in or

✱ Continued on Page 10(d) ✱
-10(c)-

★ Continued From Page 10(d) ★

intustate commerce. Marijuana is not regulated because of the Miraclegro® or the plastic pot used to produce it. Marijuana is regulated because of the marijuana's commerce effect. Not the commerce effect of the Miraclegro® used to produce it. The absurd attempt of overreach by Congress to regulate a physical crime because an intustate shipped object was used is the same as regulating car accidents because of the car used or Drunk Driving because the alcohol used or assault and battery because of the golf club used. This is a facially invalid "hook" as it has zero

★ Continued on Page 10(e) ★

10(d)

✠ Continued From Page 10(d) ✠

to do with the intostate market of any

actual images or if those images are of the

use of a minor engaging in sexual activity and

iF that actual image might itself affect

intostate commerce. The third "hook" is again

the lesser included charge of trafficing of an

already existing image, which is not the same

as using a minor engaging in sexual activity.

Had counsel(s) researched the text of the statute,

the congressional history, the attempted

amending of 2251 by H.R.1761, any competent

lawys could/would discover these facts and

✠ Continued on Page 10(F) ✠

10(e)

☆ Continued From page 10(e) ☆

Any professional attorney would have Filed Motions to dismiss these Counts For lack of Congressional power. Such a successFul challenge would have prevented Mr. Boadman From pleading to any violations of § 2257.

## Ground Six

Claim : The language of Counts 2-6, based upon the
allencompassing language of each count are facially
Multiplicious of eachother.


argument : None of the Counts identify any specific location
or images, the temporal dates are similar to be
covered "in or about" eachother. The Counts
all happened "elsewhere". Without specificity,
all the Counts refer to the same visual
depictions. Any competent Attorney would have
recognized this and professionally challenged
the multiplicity of Indictment and surely would
Not allow their client to plead to possessing
the same images he is said to have created.

a) IAC

b) N/A

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐    No ☐

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐    No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

    Yes ☐    No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

---

13. Is there any ground in this motion that you have <u>not</u> previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

*Ground not raised due to Counsels Failures and ineffectiveness*

---

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?   Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

15. Give the name and address, if known, of each attorney who represented you in the following stages of the you are challenging:

(a) At the preliminary hearing:

_____

(b) At the arraignment and plea:

_____

(c) At the trial:

_____

(d) At sentencing:

_____

(e) On appeal:

_____

(f) In any post-conviction proceeding:

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:

_____


16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?　　Yes ☐　　No ☑

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?　　Yes ☐　　No ☑

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?　　Yes ☐　　No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

Mailed during Covid-19 pandemic on April 28, 2020 during Institution Health and Safety Lockdown where staff is limited and law library is not accessible.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of –

(1)    the date on which the judgment of conviction became final;

(2)    the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;

(3)    the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(4)    the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Therefore, movant asks that the Court grant the following relief:

 

_____

or any other relief to which movant may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on _____6/19/2020_____ .
                                                                                                    (date, year)


Executed (signed) on ____6/10 2020____ (date)


_____
Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

⇔16830-029⇔
Michael Bordman
16830-029
U.S Penitentiary Tucson
P. O. Box 24550
Tucson, AZ 85734
United States

6/12/20
K



Clerk, United States District Court for the Northern District of Iowa
111 7th Avenue SE, Box 12
Cedar Rapids, IA   52401