RECEIVED FEB 22 2021

Michael Boardman
16830-029
United States Pent.
PO Box 24550
Tucson AZ 85734

February 16, 2021

Clerk of U.S. District Court
111 Seventh Avenue SE, Box 12
Cedar Rapids, IOWA 52401-2101

ie. 1:20-cv-00062-L.R.R-MAR

Greetings,

I would like to request a current Docket Sheet for the above referenced Civil Number.

I would also request that future correspondence from the Clerk of U.S. District Court include "Legal Mail Open in presence of Inmate Only". This forces tracking and documentation by prison staff of Inmate reciept of Court Communication.

Thank you.
Michael Bordman
Signed Michael Bordman

Michael Bordman 16830-029
US Penitentiary
P.O. Box 24550
Tucson, AZ 85734

2.22.21
EB

PHOENIX AZ 852
17 FEB 2021 PM 8 L
FOREVER / USA

Clerk, U.S. District Court
111 Seventh Avenue SE, Box 12
Cedar Rapids, Iowa 52401-2101

52401-210312