Michael Bordman #16830-029
United States Penitentiary
PO Box 24550
Tucson AZ 85734

March 29, 2021

Clerk, U.S. District Court
111 Seventh Avenue SE, Box 12
Cedar Rapids, Iowa 52401-2101

re: 1:20-CV-00062-LRR-MAR

Greetings,

I would like to request a copy of the Motion to Vacate, Set Aside or Correct Sentence, 18 U.S.C. §2255.

Circumstance during Covid-19 Tucson Pandemic lock down and quarantine, and in order to timely file, I sent this court my only copy.

Please make and send requested copy at your earliest convenience.

Thank you

*Michael Bordman*
Michael Bordman

Michael Bordman #16830-029
United States Penitentiary
PO Box 24550
Tucson AZ 85734

A.S.U
ELB

Clerk of
U.S. District Court
111 Seventh Avenue SE,
Box 12
Cedar Rapids, Iowa 52401-2101